RICHARD LEIBMAN, an Infant, by RICHARD E. LEIBMAN, His Guardian ad Litem, et al., Respondents, v. EIGHTEENTH SCHOOL DISTRICT OF THE TOWN OF HEMPSTEAD, Appellant.

Argued January 19, 1938; decided March 1, 1938.

*H. H. Brown* and *James E. Turner* for appellant.

*David C. Broderick* and *Solomon Silverstein* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN and LOUGH-RAN, JJ. Dissenting: FINCH and RIPPEY, JJ. Taking no part: HUBBS, J.